UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:20-cv-00138-MOC

| | |
|---|---|
| **DAVID SCOTT ISABELLE,** )<br> )<br>Plaintiff, )<br> )<br>Vs. )<br> )<br>**ANDREW M. SAUL, Commissioner of Social Security,** )<br> )<br> )<br>Defendant. ) | ORDER |

**THIS MATTER** is before the court on the consent Motion for Entry of Judgment with Remand under Sentence Four. (#20). Having considered such motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the consent Motion for Entry of Judgment with Remand under Sentence Four (#20) is **GRANTED**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further proceedings, all pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The plaintiff's Motion for Summary Judgment (#17) is **DENIED** without prejudice as **MOOT**.

Signed: April 7, 2021

Max O. Cogburn Jr
United States District Judge

1